B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
## Middle District Of Florida

AUG 1 2025 AM9:50
FILED - USDC - FLMD - TPA

In re **Legacy-Xspire Holdings, LLC**,
Debtor

Case No. **8:23-bk-04251-RCT**

Chapter 11

_______________________________,
Plaintiff

v.

_______________________________,
Defendant

Adv. Proc. N

8:25mc29-SDM-NHA

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on July 17, 2025, (date) as it appears in the records of this court, and that:

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _______________ (date).

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _______________ (name of court) issued on _______________ (date).

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _______________ (date).

José A. Rodriguez
Clerk of the Bankruptcy Court

8/1/2025
Date

By: [signature]
Deputy Clerk

$52
TPA 72689

ORDERED.

AUG 1 2025 AM9:51
FILED - USDC - FLMD - TPA

**Dated: July 17, 2025**

Roberta A. Colton
United States Bankruptcy Judge

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
UNITED STATES BANKRUPTCY COURT

DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Legacy-Xspire, Holdings LLC

WraSer, LLC
Xspire Pharma, LLC

Debtors.
_______________________________/

Chapter 11
Case No.: 8:23-bk-04251-RCT

*Jointly Administered with*
Case No.: 8:23-bk-04253-RCT
Case No.: 8:23-bk-04254-RCT

**AMENDED FINAL JUDGMENT AGAINST KEY THERAPEUTICS, LLC**

THIS CASE came on for consideration without a hearing on the Verified Motion for Entry of *Ex Parte* Final Judgment (Doc. 388) (the "Motion") filed by Jeffery Thompson, the Liquidation Trustee for the Reorganized Debtors (the "Liquidation Trustee"). This Court has reviewed the Motion and the Agreed Order Upon Consideration of Show Cause Order (Doc. 356) (the "Order") upon which the Motion is based. Being otherwise fully advised in the premises, including Key Therapeutics, LLC's default under the Order, it is

**ORDERED, ADJUDGED, AND DECREED:**

1. In accordance with Rule 58 of the Federal Rules of Civil Procedure and Rule 7058 of the Federal Rules of Bankruptcy Procedure, Final Judgment is hereby entered against Key Therapeutics, LLC and in favor of Jeffery Thompson, as Liquidation Trustee for the

Debtors, Wraser, LLC, Xspire Pharma, LLC, and Legacy-Xspire Holdings, LLC, pursuant to this Court's order confirming the Debtors' Joint Chapter 11 Plan of Liquidation and providing related relief (Doc. 266) (the "Confirmation Order").

2. The Liquidation Trustee shall recover from Key Therapeutics, LLC, whose last known address is 232 Market Street, Building K, Flowood, Mississippi 39232, the principal sum of **One Million Two Hundred Twenty-Five Thousand Three Hundred Twenty-Seven and 07/100 Dollars ($1,225,327.07)**, which shall bear interest from the date of this Final Judgment at the rate of 9%, accruing from the date of this judgment, computed daily to the date of payment and compounded annually pursuant to 28 U.S.C. § 1961, all for which let execution issue.

3. This Court retains such jurisdiction as is necessary to enter a supplemental final judgment for fees and costs that might be available pursuant to the Order.

4. This Court does not retain jurisdiction to issue post-judgment enforcement orders or writs. Enforcement of this Final Judgment shall be though the appropriate state court or non-bankruptcy court of competent jurisdiction.

The Clerk is directed to serve a copy of this Judgment on interested parties who do not receive service by CM/ECF.